# In the United States District Court for the Southern District of Georgia Waycross Division

KALAIAH JEFFERSON,

    Plaintiff,

v.

LVNV FUNDING, LLC, d/b/a Resurgent Capital Services, L.P.,

    Defendant.

CV 523-104

## ORDER

Before the Court is the Parties' stipulation of dismissal, dkt. no. 13, wherein they notify the Court that they wish to dismiss this action without prejudice.  The parties having complied with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims in this action are hereby **DISMISSED** without prejudice.  Each party shall bear its own fees and costs.  The Clerk is **DIRECTED** to close this case.

**SO ORDERED**, this 16 day of April, 2024.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA